**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.,*[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 17-10466 (SCC)<br><br>(Jointly Administered) |
| RUNWAY LIQUIDATION, LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>FLEXPRINT, LLC,<br><br>                  Defendant. | Adv. Proc. No. 19-01044 (SCC) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK  )

      La Asia S. Canty, being duly sworn, affirms, deposes and says:

      I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

      On March 8, 2019, I caused the: (1) *Summons and Notice of Pretrial Conference in an Adversary Proceeding*; and (2) *Complaint For Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* to be served upon the parties listed on the annexed Service

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

List by: (i) First Class Mail; and (ii) by Certified Mail, Return Receipt Requested postage paid and deposited with the U.S. Postal Service.

                                                           */s/ La Asia S. Canty*
                                                           La Asia S. Canty

SWORN TO AND SUBSCRIBED before me this
26th day of March, 2019

  */s/ G. Karen Brown*
G. KAREN BROWN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2023

# **SERVICE LIST**

Flexprint Intermediate, LLC.
ATTN:  Jenna Bernhardt, Supervisor
2845 N. Omaha St.
Mesa, AZ 85215

Flexprint, LLC
Attn: Tom Callinan, Manager
2845 N. Omaha Street
Mesa, AZ  85215

Corporation Service Company
R/A For Flexprint, LLC
8825 N. 23RD Avenue, Ste. 100
Phoenix, AZ  85021